UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY BENTON | CIVIL ACTION |
| VERSUS | NO. 19-9985 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J" (2) |

* * * * *

| | |
|---|---|
| JOSE MONTALVO | CIVIL ACTION |
| VERSUS | NO. 19-9987 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J" (2) |

Related to: 12-968 BELO
In MDL 2179 (10-md-2179)

## **ORDER**

Before the Court is a Report and Recommendation ("R&R")[1] from the Magistrate Judge, which recommends that BP's Motions to Dismiss[2] be granted and the referenced BELO cases be dismissed with prejudice as untimely. Plaintiffs timely objected[3] to the R&R, and BP responded.[4] After reviewing the matter *de novo*,[5] the Court agrees with and adopts the Magistrate Judge's recommended disposition. Accordingly,

---

[1] Rec. Doc. 17 in No. 19-9985; Rec. Doc. 16 in No. 19-9987.
[2] Rec. Doc. 4 in No. 19-9985; Rec. Doc. 4 in No. 19-9987.
[3] Rec. Doc. 18 in No. 19-9985; Rec. Doc. 17 in No. 19-9987.
[4] Rec. Doc. 18 in No. 19-9985; Rec. Doc. 17 in No. 19-9987.
[5] *See* Fed. R. Civ. P. 72(b)(3).

IT IS ORDERED that BP's Motions to Dismiss[6] are GRANTED and Plaintiffs' complaints are DISMISSED WITH PREJUDICE as untimely.

New Orleans, Louisiana, this 20th day of August, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File in 19-9985 and 19-9987.**

---

[6] Rec. Doc. 17 in No. 19-9985; Rec. Doc. 16 in No. 19-9987.